# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  April 14, 2016                    521489
_____

In the Matter of the Claim of
    DOMINGA MARRERO,
                        Appellant.
                                          MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:  February 23, 2016

Before:  Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ.

_____

        Dominga Marrero, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Gary
Leibowitz of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed January 8, 2015, which dismissed claimant's appeal
from a decision of the Administrative Law Judge as untimely.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court